No. 01–8620. WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–8622. BISHOP v. NEUFELD ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–8625. STROUD v. POLLUNSKY ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–8635. PARRA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–8644. LIVINGSTON v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–8647. HALLORINA v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8649. QUIMBY v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 01–8652. JACKSON v. MILLER, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 01–8654. JACKSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8656. SAWYER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–8666. TORRES v. HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–8668. WASHINGTON v. OKLAHOMA DEPARTMENT OF CORRECTIONS ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 01–8673. OLIVER v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. Sup. Ct. Pa. Certiorari denied.

No. 01–8674. PELLEGRINO v. WEBER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.